**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MIGUEL HUERTA,                         )       No. C 09-05069 JF (PR)
                                            )
12              Petitioner,                 )       ORDER GRANTING EXTENSION
                                            )       OF TIME TO PAY FILING FEE OR
13      vs.                                 )       FILE COMPLETE *IN FORMA*
                                            )       *PAUPERIS* APPLICATION
14                                          )
     B. CURRY, Warden,                      )
15                                          )
                Respondent.                 )
16                                          )
     _____       )
17

18         On October 23, 2009, Petitioner filed this pro se petition for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254, along with an In Forma Pauperis Application.

20   On that same day, the clerk of the Court sent a notification to Petitioner that his

21   application was deficient because Petitioner failed to attach the following: 1)

22   Certificate of Funds in Prisoner's Account completed and signed by an authorized

23   officer of the institution; and 2) Petitioner's prisoner trust account statement

24   showing transactions for the last six months.  The notification included the warning

25   that the case would be dismissed if Petitioner failed to respond within thirty days.

26         On November 16, 2009, Petitioner filed a letter indicating that he was

27   sending the five dollar filing fee.  (Docket No. 4.)  However, Petitioner failed to

28   enclose the payment with the letter or provide proof of payment.  Accordingly,

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.09\Huerta05069_ifp-eot.wpd

1    Petitioner has not paid the filing fee.

2            In the interest of justice, the Court will extend the time for Petitioner to either

3    pay the full filing fee or provide proof of payment or, in the alternative, file the

4    documents necessary to complete his in forma pauperis application.  Petitioner must

5    do so **no later than thirty (30) days** from the date this order is filed.  Failure to

6    comply with the Court's order in a timely manner will result in the dismissal of the

7    case without prejudice for failure to pay the filing fee.

8            IT IS SO ORDERED.

9    DATED: _____2/12/10_____

10                                                          JEREMY FOGEL
                                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.09\Huerta05069_ifp-eot.wpd                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL HUERTA,

                Petitioner,

   v.

B. CURRY, Warden,

                Respondent.

_____/

Case Number: CV09-05069 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____2/22/10_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Miguel Huerta D-13538
Correctional Training Facility- North
P.O. Box 705; WA-311
Soledad, CA 93960-0705

Dated: _____2/22/10_____

                             Richard W. Wieking, Clerk